IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS P. RILEY JR., | No. C 06-4367 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JO ANNE B. BARNHART, | |
| Defendant. / | |

Plaintiff's motion for summary judgment has been denied and defendant's motion for summary judgment has been granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 11, 2007

SUSAN ILLSTON
United States District Judge1