IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS P. RILEY JR., | No. C 06-4367 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND** |
| v. | |
| JO ANNE B. BARNHART, | |
| Defendant. | |

Plaintiff has filed a motion to alter or amend the judgment. Plaintiff contends that the Court erred by mischaracterizing certain evidence and failing to address other evidence in the record. Although styled as a Rule 59 motion, plaintiff's motion largely repeats the contentions raised on the merits. For the reasons set forth in the Court's July 11, 2007 order, the Court finds that plaintiff's contentions lack merit and that the ALJ's decision was free of legal error and supported by substantial evidence. Accordingly, the Court DENIES plaintiff's motion. (Docket No. 14).

**IT IS SO ORDERED.**

Dated: July 25, 2007

SUSAN ILLSTON
United States District Judge